# United States District Court
WESTERN DISTRICT OF WASHINGTON

LARRY CRENSHAW

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C09-5485KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The ALJ's decision hereby is AFFIRMED.


    July 30, 2010                                                                BRUCE RIFKIN
Date                                                                                    Clerk


                                                                                        *s/CM Gonzalez*
                                                                                    Deputy Clerk